AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CHRISTOPHER W. TAYLOR,

          Plaintiff,

          v.

GRANT COUNTY JAIL, LT. ADLER, SGT. PONOZO and C/O HENRY SEVERIN,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-467-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's Motion (Ct. Rec. 14) is GRANTED and the Complaint shall be DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| March 24, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |